IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                )<br>        Plaintiff,              )<br>                                )<br>    vs.                         )<br>                                )<br> JUSTIN BRADSHAW,               )<br>                                )<br>        Defendant.              )<br> _____) | CASE NO. 1:12-MJ-00111 SKO<br><br>ORDER OF RELEASE |

The above-named defendant having been sentenced on May 14, 2012, to three (3) days custody with credit for time-served,

IT IS HEREBY ORDERED that the defendant shall be released forthwith. A certified Judgment and Commitment order to follow.


DATED: 5/14/2012


                                /s/ DENNIS L. BECK
                                DENNIS L. BECK
                                U.S. Magistrate Judge

9/26/96 exonbnd.frm

1